IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICANUM REX AUGUSTUS,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED NATIONS, et al.,<br><br>   Defendant.<br>                                                              / | No. C 07-02275 WHA<br><br>**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

The Court agrees that plaintiff's complaint is completely frivolous as described in Magistrate Judge Larson's referral for reassignment. For all of the reasons stated in the referral for reassignment, plaintiff's application to proceed *in forma pauperis* is **DENIED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: May 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE